**Dismissed and Memorandum Opinion filed April 30, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00203-CV

## MOODY & MOLINA, Appellant

## V.

## LONG BA NGUYEN, INDIVIDUALLY AND LAN N. HUYNH, INDIVIDUALLY, Appellees

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-19509A**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 18, 2013. On April 23, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.